# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 2, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Ameen Keshavjee**
      **20 Cr 169 (NRB)**

Dear Judge Buchwald:

I write with the consent of the Government to postpone Mr. Keshavjee's initial appearance from tomorrow until March 10, 2020 at 2:45 PM. Mr. Keshavjee is ill and needs time to recover. The defense waives speedy trial time until March 10, 2020.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

*So Ordered.*
*[signature] Naomi Reice Buchwald, USDJ*
*3/3/20*

cc:   Samuel Adelsberg, AUSA