# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

March 9, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Ameen Keshavjee**
    **20 Cr 169 (NRB)**

Dear Judge Buchwald:

I write with the consent of the Government to postpone Mr. Keshavjee's initial appearance from tomorrow until the week of March 23. Mr. Keshavjee is ill with flu-like symptoms and needs time to recover. The defense waives speedy trial time until the date the Court sets for the appearance.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

cc: Samuel Adelsberg, AUSA

---

*[Handwritten annotation:]* The initial appearance is adjourned until March 24, 2020 at 3 pm. So Ordered. Naomi Reice Buchwald, USDJ 3/9/20