# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

Re: **United States v. Ameen Keshavjee**
20 Cr 169 (NRB)

Dear Judge Buchwald:

I write with the consent of the Government to postpone Mr. Keshavjee's initial appearance from March 24 for at least 30 days. Mr. Keshavjee is currently self-quarantined due to his illness. The defense waives speedy trial time until the date the Court sets for the appearance.

*The conference is adjourned until May 14, 2020 at 4:30 p.m. Speedy trial time excluded.*

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

So Ordered.
Naomi Reice Buchwald
USDJ
3/18/20