**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 4, 2020

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Ameen Keshavjee**
    **20 Cr 169 (NRB)**

Dear Judge Buchwald:

Arraignment scheduled for June 17, 2020 at 11:30 am. Speedy Trial Time excluded until June 17, 2020.

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: May 4, 2020

I hope that you and your staff are well. I write with the consent of the Government to adjourn Mr. Keshavjee's initial appearance from Thursday, May 14 until mid-to-late June due to the ongoing pandemic. Mr. Keshavjee remains fully compliant with the terms of his pretrial release. The defense waives speedy trial time until the date the Court sets for the appearance.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

cc: Samuel Adelsberg, AUSA