```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                                              O R D E R
          - against -
                                              20 Cr. 169 (NRB)


AMEEN KESHAVJEE,

               Defendant.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS**, on June 29, 2020, the Court held a hearing following a request by Pretrial Services for a modification of defendant's bail; it is hereby

   **ORDERED** on consent that a condition of no excessive alcohol use be added; and it is further

   **ORDERED** that an evaluation of defendant's alcohol use may be conducted if Pretrial Services determines that it is warranted.

```
Dated:    New York, New York
          June 30, 2020
```

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE