**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2020

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Ameen Keshavjee, 20 Cr. 269 (NRB)

Dear Judge Buchwald:

    I write with the consent of the Government to request that the arraignment and initial appearance scheduled for tomorrow, August 26, 2020 at 11:30 a.m. be adjourned to Thursday, August 27, 2020 at 3:30 p.m. due to a scheduling conflict on the part of the Defense. Mr. Keshavjee consents to the exclusion of time under the Speedy Trial Act through his next appearance before the Court.

                        Respectfully submitted,

                        /s/ Ariel Werner
                        Ariel Werner
                        Assistant Federal Defender
                        212.417.8770

cc:    Samuel Adelsberg, Assistant U.S. Attorney

```
                              Application granted.
                              SO ORDERED.

                              [signature]
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE

                              Date: August 26, 2020
```