**Federal Defenders**
**OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 23, 2020

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Ameen Keshavjee, 20 Cr. 169 (NRB)

Dear Judge Buchwald:

    I write with the consent of the Government to request a 30-day adjournment of the status conference presently scheduled for October 28, 2020. An adjournment would enable the parties to undertake efforts to achieve a pretrial resolution of this matter. This is the first request by either party to adjourn this status conference, although Mr. Keshavjee's initial conference and arraignment were postponed several times with both parties' consent. Mr. Keshavjee consents to the exclusion of time under the Speedy Trial Act through his next appearance before the Court.

                              Respectfully submitted,

                              /s/ Ariel Werner
                              Ariel Werner
                              Assistant Federal Defender
                              212.417.8770

cc:   Samuel Adelsberg, Assistant U.S. Attorney

```
Application granted.  The conference scheduled
for October 28, 2020 at 11:00 a.m. is adjourned
until December 1, 2020 at 10:30 a.m.  The Court
excludes time under the Speedy Trial Act until
that date.  See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:   New York, NY
         October 23, 2020
```