**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2021

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street New York, NY 10007

Re:   United States v. Ameen Keshavjee
      20 Cr 169 (NRB)

Dear Judge Buchwald:

    I write with the consent of the Government to postpone Mr. Keshavjee's next conference, currently scheduled for Thursday, June 10 to August 2021. I have returned from paternity leave and will be taking over the case from my colleague, Ariel Werner, who is now on parental leave herself. The parties plan to meet soon to discuss a potential disposition and this adjournment will allow the Government time to consider whether a plea offer is appropriate in this case. The defense waives speedy trial time until the date the Court sets for the appearance.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

```
Application granted.  The
conference scheduled for June
10, 2021 at 10:30 a.m. is
adjourned until August 5, 2021
at 10:30 a.m.  The Court
excludes time under the Speedy
Trial Act until that date.  See
18 U.S.C. § 3161(h)(7)(A)

SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, N.Y.
        June 7, 2021