# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 2, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **United States v. Ameen Keshavjee**
       **20 Cr 169 (NRB)**

Dear Judge Buchwald:

I write with the consent of the Government to adjourn Mr. Keshavjee's status conference currently scheduled for Thursday, August 5 for three weeks to allow further plea negotiations between the Government and defense. The defense waives speedy trial time until the date set. Thank you for your consideration.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

cc:    Samuel Adelsberg, AUSA

Application granted.  The conference scheduled for August 5, 2021 at 10:30 a.m. is adjourned until August 30, 2021 at 2:00 p.m.  The Court excludes time under the Speedy Trial Act until that date.  See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:    New York, N.Y.
          August 3, 2021