# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 2, 2021

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Ameen Keshavjee**
   20 Cr 169 (NRB)

Dear Judge Buchwald:

After consulting with the Government, the defense respectfully suggests the Court request a trial date beginning October 17, 2022 or later for this case. This suggestion accounts for all attorneys' current trial schedules. The defense waives Speedy Trial Act time until the date set by the Court.

Respectfully submitted,

Ian Marcus Amelkin
Ariel Werner
Assistant Federal Defenders
Tel.: (212) 417-8733

cc:  Samuel Adelsberg, AUSA

---

*Handwritten endorsement:*

Endorsement

For the reasons set forth herein, the Court extends the Speedy Trial date until October 17, 2022. The Court will apprise the parties of the trial date when one is set. So Ordered.

Naomi Reice Buchwald
USDJ
12/2/21