**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 27, 2023

By ECF

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Ameen Keshavjee, 20 Cr. 169 (NRB)

Dear Judge Buchwald:

      I write with the consent of the Government and Pretrial Services to request a temporary modification to the terms of Ameen Keshavjee's bond to allow him to travel on Saturday, April 1, 2023 to Jersey City, NJ in the District of New Jersey, to an address known by his Pretrial Officer to attend a friend's birthday party. Mr. Keshavjee is compliant with the terms of his pretrial release.

Respectfully submitted,

/s/
Ian H. Marcus Amelkin
Assistant Federal Defender
212.417.8773

cc:   Samuel Adelsberg, Assistant U.S. Attorney
      Jonathan Lettieri, U.S. Pretrial Services Officer

```
Application granted.

SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Date:     March 28, 2023
          New York, NY
```