**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2023

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Keshavjee**, 20 Cr. 169 (NRB)

Dear Judge Buchwald:

The defense writes with the consent of the Government and Pretrial Services to respectfully request the Court temporarily modify Mr. Hakim's bail conditions to allow Pretrial Services to remove his ankle monitor while Mr. Keshanjee receives an MRI. Once the date and time of the MRI is set, Mr. Keshavjee's Pretrial Officer will set a schedule for the removal and re-attachment of the devise. Thank you for your consideration.

Respectfully submitted,

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8733

Cc: AUSA Sam Adelsburg, Esq.

*Endorsement*

Application, granted.

Naomi Reice Buchwald, USDJ

May 30, 2023