

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF and EMAIL**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Ameen Keshavjee*, 20 Cr. 169 (NRB)

Dear Judge Buchwald:

      The Government respectfully writes to request that the Court set a schedule for expert notice disclosures in the above-captioned case, which is scheduled to proceed to trial on August 7, 2023.  Pursuant to the revised Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, which went into effect on December 1, 2022, the Court is required to "set a time for the [parties] to make [their] disclosures" with respect to their expert witnesses.  The Government respectfully requests that the Court set the following disclosure deadlines: initial expert notice disclosures due on June 23, 2023, and rebuttal expert notice disclosures due on July 14, 2023.  Defense counsel requests that the Court set the following disclosure deadlines: initial expert notice disclosures due on June 30, 2023, and rebuttal expert notice disclosures due on July 21, 2023.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/
      Samuel Adelsberg
      Kyle Wirshba
      Assistant United States Attorneys
      Tel: (212) 637-2494 / 2493

Cc: Ian Marcus Amelkin, *Esq.*, Ariel Werner, *Esq.*, (by ECF)

```
Initial expert disclosures are due on June 23, 2023 and rebuttal
expert disclosures are due on July 14, 2023.

SO ORDERED.
```

*[signature: Naomi Reice Buchwald]*

```
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:     June 15, 2023
           New York, NY
```