# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 23, 2023

By ECF

Application granted.

SO ORDERED.

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: August 23, 2023
New York, NY

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Ameen Keshavjee</u>, 20 Cr. 169 (NRB)

Dear Judge Buchwald:

    I write with the consent of the Government and Pretrial Services to request a temporary modification to the terms of Ameen Keshavjee's bond to allow him to travel on Friday, August 25, 2023 until Sunday, August 27, 2023 (with leave to request an extension from his Pretrial Officer so as not to have to disturb the Court) to the Northern District of New York to his friend's home in Greene County, New York.

    Mr. Keshavjee is likely to be evicted from his long-time apartment in Manhattan soon due to lack of payment. He has been invited to live with his friend in Greene County, so he is traveling to visit to see if it is a suitable living arrangement. Mr. Keshavjee will provide the full itinerary to his Pretrial Officer and remain in communication with him during the trip, if needed.

Respectfully submitted,

/s/
Ian H. Marcus Amelkin
Assistant Federal Defender
212.417.8773

cc: Kyle Wirsba and Kaylan Lasky, Assistant U.S. Attorneys
      Jonathan Lettieri, U.S. Pretrial Services Officer