```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA


            - against -                              ORDER

                                               20 CR 169 (NRB)
AMEEN KESHAVJEE,

                  Defendant.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on December 1, 2023, Pretrial Services advised the Court of Mr. Keshavjee's non-compliance with the terms of his pretrial supervision; and

**WHEREAS**, the reasons for setting the surrender date of January 8, 2024 no longer pertain; it hereby

**ORDERED** that the surrender date set forth in the Amended Judgment, ECF No. 80, is vacated; and it is further

**ORDERED** that upon his release from Bellevue Hospital, Mr. Keshavjee is remanded to the custody of the United States Marshal Service and Bureau of Prisons to commence the service of his sentence.

Dated:   New York, New York
         December 6, 2023

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE